Troutman Pepper Locke LLP
Francis J. Lawall (PA Bar No. 43932)
Richard J. Zack (PA Bar No. 77142)
Julian Newton Weiss (PA Bar No. 329232)
3000 Two Logan Square
Eighteenth & Arch Street
Philadelphia, PA 19103
*Counsel for Plaintiff*



Filed and Attested by the
Office of Judicial Records
25 NOV 2025 04:51 pm
IMPERATO

---

| | |
|---|---|
| **GENESIS CAPITAL, LLC,** | : COURT OF COMMON PLEAS |
| | : PHILADELPHIA COUNTY, PA |
| Plaintiff, | : COMMERCE DIVISION |
| v. | : |
| | : NOVEMBER TERM, 2023 |
| **TRAVIS ROBERT-RITTER,** | : No. 231101649   **202514113** |
| Defendant. | : |
| | : COMMERCE PROGRAM |

---

## PRAECIPE FOR WRIT OF EXECUTION

TO THE OFFICE OF JUDICIAL RECORDS:

Issue writ of execution in the above matter, directed to the Sheriff of Philadelphia County;

    (1) against Travis Robert-Ritter, *Defendant*, and

    (2) against Albrecht Law c/o Eli Albrecht, *Garnishee*, in the amount of:

        a.  555 Valley View Road, Dallas, PA 18612

    (3) JUDGMENT AMOUNT DUE    $11,782,170.87

        INTEREST (pre-judgment)    $163,457.35

        INTEREST (post-judgment)    $4,670.21 *per diem*
        from June 26, 2024

322401288v1

Case ID: 231101649

Dated: November 25, 2025

/s/ *Richard J. Zack*
Troutman Pepper Locke LLP
Francis J. Lawall (PA Bar No. 43932)
Richard J. Zack (PA Bar No. 77142)
Julian Newton Weiss (PA Bar No. 329232)
3000 Two Logan Square
Eighteenth & Arch Street
Philadelphia, PA 19103
Julian.Weiss@troutman.com
Francis.Lawall@troutman.com
Richard.Zack@troutman.com
Phone: 215.981.4000
*Counsel for Plaintiff*

2

| | |
|---|---|
| **GENESIS CAPITAL, LLC,** | : COURT OF COMMON PLEAS |
| | : PHILADELPHIA COUNTY, PA |
| Plaintiff, | : COMMERCE DIVISION |
| **v.** | : |
| | : NOVEMBER TERM, 2023 |
| **TRAVIS ROBERT-RITTER,** | : |
| | : No. 231101649 |
| Defendant. | : |
| | : COMMERCE PROGRAM |

## WRIT OF EXECUTION NOTICE

This paper is a Writ of Execution. It has been issued because there is a judgment against you. It may cause your property to be held or taken to pay the judgment. You may have legal rights to prevent your property from being taken. If you wish to exercise your rights, you must act promptly.

**Exempt Property**: The law provides that certain property cannot be taken. Such property is said to be exempt. There is a debtor's exemption for $300.00. There are other exemptions, which may be applicable to you. Attached is a summary of some of the major exemptions. You may have other exemptions or other rights.

If you have an exemption, you should do the following promptly: (1) Fill out the attached exemption claim form and demand for a prompt hearing; (2) Deliver the form or mail it to the Sheriff's Office at the address noted. The fee to file this is $30.00(Attorney check, certified check, cashiers check or money order only).

You should come to court ready to explain your exemption. If you do not come to court and prove your exemption, you may lose some of your property.

**Property Belonging to Another Person**: If there is property at your residence (or in your bank account) that belongs to another person or that you own with another person, you should notify that person so that he/she can file a Property Claim (fee to file is $50.00, attorney check, certified check, cashier's check or money order only) or other legal papers with the Sheriff's Office to prevent his/her property from being taken or sold at Sheriff's Sale to satisfy your debt. See enclosed forms.

"YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP."

Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, PA 19107
Telephone: (215) 238-1701

"LLEVE EST DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SO NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AERIGUAR DONDE SE PUDE CONSGUIR ASISTENCIA LEGAL."

Associancion De Licenciados De Filadelfia
Servicio Da Referencia E Informacion Legal
One Reading Center
Filadelfia, PA 19107 / Telefono: (215) 238-1701

EXHIBIT "A"

322401288v1

| | |
|---|---|
| **GENESIS CAPITAL, LLC,** | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY, PA<br>Plaintiff, : COMMERCE DIVISION |
| **v.** | :<br>: NOVEMBER TERM, 2023 |
| **TRAVIS ROBERT-RITTER,** | :<br>: No. 231101649 |
| Defendant. | :<br>: COMMERCE PROGRAM |

## CLAIM FOR EXEMPTION

TO THE SHERIFF:

I, the above-named defendant, claim exemption of property from levy (1) or attachment (2):

(1)     From my personal property in my possession which has been levied upon,

    (a)     I desire that my $300.00 statutory exemption by

    [ ]     (I) set aside in kind (specify property to be set aside in kind):

_____

    [ ]     (II) paid in cash following the sale of the property levied upon; or

    (b) I claim the following exemption (specify property and basis of exemption)

_____

(2)     From my property which is in the possession of a third party, I claim the following exemptions:

    (a) my $300.00 statutory exemption [ ] in cash [ ] in kind (specify property):

_____

    (b) Social Security benefits on deposit in the amount of : $_____

    (c) Other (specify amount and basis of exemption): _____

_____

I request a prompt court hearing to determine the exemption.

Notice of the hearing should be given to me at: (Name, Address & Telephone Number)

_____

I verify that the statements made in this Claim for Exemption are true and correct. I understand that false statements herein are made subject to the penalties of 18 PA.C.S. Section 4904 relating to unsworn falsification to authorities.

Date: _____     Defendant(s): _____

Phone #_____     Address: _____

                  City, Zip: _____

**THIS CLAIM TO BE FILED WITH:** Office of the Sheriff of Philadelphia County
                                    Land Title Building
                                    100 South Broad Street, Fifth Floor
                                    Philadelphia, PA 19110 (215) 686-3559/60

Note:    Under paragraphs (1) and (2) of the writ, a description of specific property to be levied upon or attached may be set forth in the writ or included in a separate direction to the Sheriff.

Under paragraph (2) of the writ, if attachment of a named garnishee is desired, his name should be set forth in the space provided.

322401288v1

Case ID: 231101649

Under paragraph (3) of the writ, the Sheriff may, as under prior practice, add as a garnishee any person not named in this writ may be found in possession of property of the defendant. See Rule 3111(a). For limitations on the power to attach tangible personal property, see Rule 3108(a).

(b) Each court shall by local rule designate the officer, organization or person to be named in the notice.

### MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW
(1) $300.00 statutory exemption
(2) Bibles, school books, sewing machines, uniforms and equipment
(3) Most wages and unemployment compensation
(4) Social Security benefits
(5) Certain retirement fund and accounts
(6) Certain veteran and armed forces benefits
(7) Certain insurance proceeds

EXHIBIT "A-1"

2

322401288v1

Case ID: 231101649

| | |
|---|---|
| **GENESIS CAPITAL, LLC,**<br><br>　　　　　　Plaintiff,<br>**v.**<br><br>**TRAVIS ROBERT-RITTER,**<br><br>　　　　　　Defendant. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY, PA<br>COMMERCE DIVISION<br><br>NOVEMBER TERM, 2023<br><br>No. 231101649<br><br>COMMERCE PROGRAM |

### PROPERTY CLAIM NOTICE TO PERSONS OTHER THAN
### ABOVE-NAMED DEFENDANT WHO OWN PROPERTY LOCATED

All household goods and contents at this address may be scheduled for Sheriff's Sale in the near future to satisfy a judgment against: _____

If you are not named above, and you own property located at this address, your property may be sold unless you inform the Sheriff in writing what property belongs to you.

You may protect your property, including any property that you own jointly with the person named above, by filling out the attached Property Claim form, and filing it at the Office of the Sheriff, prior to sale. The fee for filling the Property Claim is $50.00, but you may not have to pay the fee if you cannot afford it. (Payment must be in the form of Attorney's check, certified check, cashier's check or money order only.)

If you file a Property Claim, the Sheriff's Sale will not go through until the Sheriff decides whether you own the property you claim.

For additional information, you may telephone the Sheriff's Office at (215) 686-3559/60.

"YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP."

　　　Philadelphia Bar Association
　　　Lawyer Referral and Information Service
　　　One Reading Center
　　　Philadelphia, PA 19107
　　　Telephone: (215) 238-1701

"LLEVE EST DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SO NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AERIGUAR DONDE SE PUDE CONSGUIR ASISTENCIA LEGAL."

　　　Associancion De Licenciados De Filadelfia
　　　Servicio Da Referencia E Informacion Legal
　　　One Reading Center
　　　Filadelfia, PA 19107 / Telefono: (215) 238-1701

EXHIBIT "B"

322401288v1

Case ID: 231101649

| | |
|---|---|
| **GENESIS CAPITAL, LLC,** | COURT OF COMMON PLEAS |
|  | PHILADELPHIA COUNTY, PA |
| Plaintiff, | COMMERCE DIVISION |
| **v.** | |
|  | NOVEMBER TERM, 2023 |
| **TRAVIS ROBERT-RITTER,** | |
|  | No. 231101649 |
| Defendant. | |
|  | COMMERCE PROGRAM |

**PROPERTY CLAIM ADDRESSED TO THE SHERIFF OF PHILADELPHIA COUNTY**
100 South Broad Street, Philadelphia, PA 19110

NAME OF DEFENDANT – Debtor

ADDRESS OF DEFENDANT – Debtor

The property levied upon at _____
Philadelphia, PA _____ and listed below is not the property of the defendant but is the
property of the undersigned. A list of the claimed property and the values thereof are:

**LIST OF PROPERTY**                                                    **VALUE**

$_____
$_____
$_____
$_____
$_____
$_____
$_____
$_____
$_____
$_____
$_____
$_____

Total $_____

The claimant obtained title to the property as follows:

Date: _____

Sheriff's No: _____                    (Claimant)

District: _____
Claimant's Attorney: _____    (Address)
Address:

                                          (Phone)
                    EXHIBIT "C"

322401288v1

Case ID: 231101649

| | |
|---|---|
| **GENESIS CAPITAL, LLC,**<br><br>       Plaintiff,<br>**v.**<br><br>**TRAVIS ROBERT-RITTER,**<br><br>       Defendant. | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY, PA<br>: COMMERCE DIVISION<br>:<br>: NOVEMBER TERM, 2023<br>:<br>: No. 231101649<br>:<br>: COMMERCE PROGRAM<br>: |

### SHERIFF'S CERTIFICATION

I, _____ hereby certify that upon information and belief, the following persons reside or own personal property at_____, Philadelphia, PA_____, the location where personal property to levy in this matter.

**NAME**                                        **ADDRESS**

_____            _____

_____            _____

_____            _____

[ ] No person other than defendant.

                             Signed:_____

Exhibit "D"

Case ID: 231101649

| | |
|---|---|
| **GENESIS CAPITAL, LLC,** | COURT OF COMMON PLEAS |
| | PHILADELPHIA COUNTY, PA |
| Plaintiff, | COMMERCE DIVISION |
| **v.** | |
| | NOVEMBER TERM, 2023 |
| **TRAVIS ROBERT-RITTER,** | |
| | No. 231101649 |
| Defendant. | |
| | COMMERCE PROGRAM |

### SHERIFF OF PHILADELPHIA COUNTY

WRIT NO._____

Dear Sheriff: Enclosed please find a copy of the Sheriff's Certification concerning persons who reside or may own personal property at the location where personal property is subject to levy in this matter.

To ensure that the property of non-judgment debtor is not made subject to execution you are required to complete and serve the enclosed Property Claim Notice, along with a Property Claim, by mailing same by First Class U.S. Mail, postage prepaid under separate cover to each person listed on the Sheriff's Certification.

After making this service, you must file a written Certificate of Service with the Sheriff's Office. The Sheriff will not schedule a Sheriff's Sale in this case until the required Certificate(s) of Service have been filed.

Exhibit "E"

322401288v1

Case ID: 231101649

| | |
|---|---|
| **GENESIS CAPITAL, LLC,** | COURT OF COMMON PLEAS |
| | PHILADELPHIA COUNTY, PA |
| Plaintiff, | COMMERCE DIVISION |
| **v.** | |
| | NOVEMBER TERM, 2023 |
| **TRAVIS ROBERT-RITTER,** | |
| | No. 231101649 |
| Defendant. | |
| | COMMERCE PROGRAM |

### NOTICE TO CO-OWNER OF ATTACHMENT OF PROPERTY

Date:_____

The Bank account or other property that you own with the defendant(s) above-named, have been attached by plaintiff _____ to satisfy a judgment obtained by the plaintiff against the defendant. Your money or property may soon be taken even though you owe nothing to the plaintiff.

If some of the funds in the account or some of the property held by the garnishee, _____, belongs to you, you should contact the bank or garnishee to see if it is defending your funds or property against garnishment. If the bank or garnishee is not defending against garnishment of property, you can prevent garnishment by filling a Petition with the Sheriff.

To protect your funds or property, you should complete the attached Petition to Intervene Stay and Set Aside Writ of Execution as to Non-Judgment Debtor Property and file it in the Office of the Sheriff within fifteen (15) days after the date of this notice.

For additional information, you may call the Sheriff's Office at (215) 686-3559/60

| | |
|---|---|
| "YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP." | "LLEVE EST DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SO NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AERIGUAR DONDE SE PUDE CONSGUIR ASISTENCIA LEGAL." |
| Philadelphia Bar Association Lawyer Referral and Information Service One Reading Center Philadelphia, PA 19107 Telephone: (215) 238-1701 | Associancion De Licenciados De Filadelfia Servicio Da Referencia E Informacion Legal One Reading Center Filadelfia, PA 19107 / Telefono: (215) 238-1701 |

EXHIBIT "F"

322401288v1

Case ID: 231101649

| | |
|---|---|
| **GENESIS CAPITAL, LLC,** | COURT OF COMMON PLEAS PHILADELPHIA COUNTY, PA COMMERCE DIVISION |
| Plaintiff, | |
| **v.** | NOVEMBER TERM, 2023 |
| **TRAVIS ROBERT-RITTER,** | No. 231101649 |
| Defendant. | COMMERCE PROGRAM |

**PETITION TO INTERVENE, STAY AND SET ASIDE
WRIT OF EXECUTION AS TO NON-JUDGMENT OF DEBTOR PROPERTY**
($75.00 to file - must be in form of attorney's check, cashier check, certified check or money order only.)

This petition respectfully represents:

1.  I, _____, the Petitioner, am a party in interest and hereby move to intervene in this garnishment proceeding pursuant to PA.R.Civ. P. Nos. 3121 and 3126 et seq.

2.  The plaintiff has attached personal property belonging to me currently in the possession of the garnishee.

3.  This attached property consists of:
    [ ] money held in a bank account held in common or jointly with the defendant
    [ ] other (specify) _____

4.  The Writ of Execution must be stayed and set aside as to my property because the plaintiff does not have the legal right to attach and/or garnish property other than that belonging to the judgment debtor in this matter.

5.  I verify that the foregoing statements of fact are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 PA. C.S.A. 4904 relating to unsworn falsifications to authorities.


Date: _____          _____
                                   (Petitioner)

                                   _____
                                   (Address)

                                   _____
                                   (Telephone)


EXHIBIT "G"

322401288v1

Case ID: 231101649

| | |
|---|---|
| **GENESIS CAPITAL, LLC,** | COURT OF COMMON PLEAS |
| | PHILADELPHIA COUNTY, PA |
| Plaintiff, | COMMERCE DIVISION |
| **v.** | |
| | NOVEMBER TERM, 2023 |
| **TRAVIS ROBERT-RITTER,** | |
| | No. 231101649 |
| Defendant. | |
| | COMMERCE PROGRAM |

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## (PROPERTY CLAIM/PETITION TO INTERVENE,
## STAY AND SET ASIDE WRIT OF EXECUTION)

TO THE SHERIFF:

1. My personal property is subject to levy or attachment due to a judgment against another person.

2. Because of my financial condition, I am unable to pay the fees and costs of filling my Property Claim form/Petition to Intervene, Stay and Set Aside Writ of Execution; and to defend my property interests.

3. I am unable to obtain funds from anyone, including my family and associates, to pay the costs of this litigation. I understand that I have a continuing obligation to inform the Court of improvement in my financial circumstances, which would permit me to pay the cost incurred herein.

4. I verify that the information disclosed on this application and the attached Financial Statement are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to penalties of 18 PA C.S.A. 4904 relating to unsworn falsification to authorities.

Name: _____

Address: _____

_____

Telephone: _____

EXHIBIT "H"

322401288v1

Case ID: 231101649

| | |
|---|---|
| **GENESIS CAPITAL, LLC,** | COURT OF COMMON PLEAS PHILADELPHIA COUNTY, PA COMMERCE DIVISION |
| Plaintiff, | |
| **v.** | NOVEMBER TERM, 2023 |
| **TRAVIS ROBERT-RITTER,** | No. 231101649 |
| Defendant. | COMMERCE PROGRAM |

## FINANCIAL STATEMENT

(a)  Name: _____

Address: _____

_____Phone Number_____

Social Security Number: _____

(b)  Employment: If you are recently employed, state

Employer: _____

Address: _____

_____Phone Number_____

Salary or wages per month: _____

Type of work: _____

(c)  Other Income within the past twelve (12) months:

Business or Profession: _____

Other Self-Employment: _____

Interest: _____ Dividends: _____

Pension and Annuities: _____

Social Security Benefits: _____ Support Payments: _____

Disability Payments: _____

Unemployment Compensation/Workers Compensation:

_____

Public Assistance: _____ Other: _____

(d)  Other Contributions to Household Support

(Wife) (Husband) Name: _____

If your (Wife/Husband) is employed, state:

    Employer: _____

    Salary or wages per month: _____

    Type of Work: _____

Contributions from Children: _____

Contributions from Parents: _____

Other Contributions: _____

(e)  Property Owned:

Cash: _____

Checking Account: _____ Savings Account: _____

Certificates of Deposit: _____

Real Estate (including home): _____

_____

Motor Vehicle: Make: _____ Year: _____

Cost: _____ Amount Owed: _____

322401288v1

Case ID: 231101649

Stocks/bonds: _____

(f)    Debts and Obligations Mortgage: _____

Rent: _____    Loans: _____

Other: _____

(g)    Persons Dependent Upon You for Support (Wife/Husband)

Name: _____

Children, if any:

        Name: _____    Age: _____

               _____    Age: _____

               _____    Age: _____

Other Persons:

Name: _____

Relationship: _____

EXHIBIT "H-1"

2

322401288v1

Case ID: 231101649

| | |
|---|---|
| **GENESIS CAPITAL, LLC,** | COURT OF COMMON PLEAS |
| | PHILADELPHIA COUNTY, PA |
| Plaintiff, | COMMERCE DIVISION |
| **v.** | |
| | NOVEMBER TERM, 2023 |
| **TRAVIS ROBERT-RITTER,** | |
| | No. 231101649 |
| Defendant. | |
| | COMMERCE PROGRAM |

## WRIT OF EXECUTION

TO THE SHERIFF OF PHILADELPHIA COUNTY

To satisfy judgment, interest and costs to the Plaintiff, Genesis Capital, LLC against Defendant:

Travis Robert-Ritter, *pro se*
2990 Ponce de Leon, Suite 300
Coral Gables, FL 33134
travis@albrecht.law

(1)     You are directed to levy upon the property of the defendant(s) and sell defendant(s) interest therein;

(2)     You are also directed to attach the property of the defendant(s) not levied upon in the possession of Garnishee:

> a.   Albrecht Law c/o Eli Albrecht
> 555 Valley View Road
> Dallas, PA 18612

All sums due defendant(s) from garnishee(s). All property of defendant(s) possessed by garnishee(s). Rental and other payments due, all accounts including all savings, checking and other accounts, certificates of deposit, notes, receivables, collateral, pledges, documents of title, securities, coupons and safe deposit boxes, and to notify the garnishee(s) that:

(a) An attachment has been issued;

(b) Except as provided in paragraph (c), **the garnishee(s) are enjoined from paying any debt to or for the account of the defendant and from delivering any property of the defendant or otherwise disposing thereof;**

(c) The attachment shall not include:

322401288v1

Case ID: 231101649

(i)    The first $10,000 of each account of the defendant with a bank or other financial institution containing any funds which are deposited electronically on a recurring basis and are identified as being funds that upon deposit are exempt from execution, levy or attachment under Pennsylvania or Federal law;

(ii) each account of the defendant with a bank or other financial institution in which funds on deposit exceed $10,000 at any time if all funds are deposited electronically on a recurring basis and are identified as being funds that upon deposit are exempt from execution, levy or attachment under Pennsylvania or federal law; or

(iii) any funds on account of the defendant with a bank or other financial institution that total $300 or less. If multiple accounts are attached, a total of $300 in all accounts shall not be subject to levy and attachment as determined by the executing officer. The funds shall be set aside pursuant to the defendants general exemptions provided in 42 Pa.C.S. § 8123.

(3)    If property of the defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee(s), you are direct to notify them that they have been added as garnishee(s) and are enjoined as above stated.

JUDGMENT AMOUNT DUE    $11,782,170.87

INTEREST (pre-judgment)    $163,457.35

INTEREST (post-judgment)    $4,670.21 *per diem*
    from June 26, 2024



BY _____ clerk

DATE 12/19/2025

$53.50

Paula L. Radick

KLF

EXHIBIT "I"



2

Case ID: 231101649

| | |
|---|---|
| **GENESIS CAPITAL, LLC,** | COURT OF COMMON PLEAS |
| | PHILADELPHIA COUNTY, PA |
| Plaintiff, | COMMERCE DIVISION |
| **v.** | |
| | NOVEMBER TERM, 2023 |
| **TRAVIS ROBERT-RITTER,** | |
| | No. 231101649 |
| Defendant. | |
| | COMMERCE PROGRAM |

**WRIT OF EXECUTION
LEVY:**

**GARNISHEE**

**Albrecht Law c/o Eli
Albrecht
555 Valley View Road
Dallas, PA 18612**

---

Troutman Pepper Locke LLP
Richard J. Zack (PA Bar No. 77142)
Francis J. Lawall (PA Bar No. 43932)
Julian Newton Weiss (PA Bar No. 329232)
3000 Two Logan Square
Eighteenth & Arch Street
Philadelphia, PA 19103
Julian.Weiss@troutman.com
Francis.Lawall@troutman.com
Phone: 215.981.4000

*Counsel for Plaintiff*

EXHIBIT "J"

322401288v1

Case ID: 231101649

| | |
|---|---|
| **GENESIS CAPITAL, LLC,** | COURT OF COMMON PLEAS |
| | PHILADELPHIA COUNTY, PA |
| Plaintiff, | COMMERCE DIVISION |
| **v.** | |
| | NOVEMBER TERM, 2023 |
| **TRAVIS ROBERT-RITTER,** | |
| | No. 231101649 |
| Defendant. | |
| | COMMERCE PROGRAM |

## INTERROGATORIES TO GARNISHEE

To:     **Albrecht Law c/o Eli Albrecht**
        **555 Valley View Road**
        **Dallas, PA 18612**

You are required to file answers to the following interrogatories within twenty (20) days after service upon you. Failure to do so may result in judgment against you:

1.  At the time you were served or at any subsequent time did you owe the defendant any money or were you liable to the defendant on any negotiable or other written instrument, or did the defendant claim that you owed the defendant any money or were liable to the defendant for any reason?

2.  At the time you were served or at any subsequent time was there in your possession, custody or control or in the joint possession, custody or control of yourself and one or more other persons any property of any nature owned solely or in part by the defendant?

3.  At the time you were served or at any subsequent time did you hold legal title to any property of any nature owned solely or in part by the defendant or in which the defendant held or claimed any interest?

4.  At the time you were served or at any subsequent time did you hold as fiduciary any property in which the defendant had an interest?

2

322401288v1

Case ID: 231101649

5. At any time before or after you were served did the defendant transfer or deliver any property to you or to any person or place pursuant to your direction or consent and if so what was the consideration therefore?

6. At any time after you were served did you pay, transfer or deliver any money or property to the defendant or to any person or place pursuant to the defendant's direction or otherwise discharge any claim of the defendant against you?

7. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant have funds on deposit in an account in which funds are deposited electronically on a recurring basis and which are identified as being funds that upon deposit are exempt from execution, levy or attachment under Pennsylvania or Federal law? If so, identify each account and state the amount of funds in each account, and the entity electronically depositing those funds on a recurring basis.

8. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant have funds on deposit in an account in which the funds on deposit, not including any otherwise exempt funds, did not exceed the amount of the general monetary exemption under 42 Pa.C.S. § 8123? If so, identify each account.

EXHIBIT "K"

3

322401288v1

Case ID: 231101649